**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anna Castaneda | CV-26-01124-PHX-MTL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Debra's Way Productions, L.L.C., et al. | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Salvatore Gravano, also known as Sammy the Bull Gravano

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1721 E. Flynn Lane, Phoenix, AZ 85016

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Thomas Brown, Esq.<br>Ernst, Brown & Draper, PLLC<br>1930 S. Alma School Road, SuiteA200<br>Mesa, AZ 85210<br>Email: TBrown@ebdlawyers.com | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

Please contact Thomas Brown above for additional confidential information.

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(602) 324-9673 | DATE<br>03/04/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2/4 | District of Origin<br>No. Ø8 | District to Serve<br>No. Ø8 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/9/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date<br>4/14/26 | Time<br>Ø91Ø | ☒ am<br>☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

☑ FILED        ___ LODGED
___ RECEIVED    ___ COPY

APR 1 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                      DEPUTY

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  CV-26-01124-PHX-MTL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Salvatore Gravano, also known as Sammy the Bull Gravano

was received by me on *(date)*    4/13/26    .

☒ I personally served the summons on the individual at *(place)*    1721 E. FLYNN LANE

PHX, AZ 85016    on *(date)*    4/14/26    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    4/14/26

_____
*Server's signature*

Joshua A. Clingerman
*Printed name and title*

401 W. WASHINGTON ST. STE 270
*Server's address*
PHX, AZ 85003

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |