**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Anna Castaneda, | No. CV-26-01124-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Debras Way Productions LLC, et al., | |
| Defendants. | |

Having considered the parties' Joint Motion for Extension of Time to Amend and Respond to Complaint (Doc. 13), and good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file her first amended complaint is extended to **May 27, 2026**.

**IT IS FINALLY ORDERED** that Defendants must file a response to Plaintiff's Complaint (Doc. 13) or forthcoming amended complaint no later than **June 17, 2026**.

Dated this 6th day of May, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge